## First American Title Company

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

Christy L. Brandon - 629285
PO Box 1544
Bigfork, MT 59911
Attention:

Cust Ref:
Seller:
Buyer:         Steven Sann
Invoice Date: 08-20-15
Invoice No:   571011213
File No:      560240
Policy Issue:

Prop Addr: Tract 2A COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due---------- 200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:  08-20-15
Invoice No:    571011213
File No:       560240
Balance Due:   200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

| | |
|---|---|
| | Cust Ref: |
| | Seller: |
| Christy L. Brandon - 629285 | Buyer:        Rachel Pheffer |
| PO Box 1544 | Invoice Date: 08-20-15 |
| Bigfork, MT 59911 | Invoice No:   571011214 |
| Attention: | File No:      560245 |
| | Policy Issue: |

Prop Addr: Tract 2B COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
| | Total charges | 200.00 |

----------Balance due----------     200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:   08-20-15
Invoice No:     571011214
File No:        560245
Balance Due:    200.00

First American Title Company

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

|  |  |
|---|---|
| Christy L. Brandon - 629285<br>PO Box 1544<br>Bigfork, MT 59911<br>Attention: | Cust Ref:<br>Seller:<br>Buyer:        Terry Sann<br>Invoice Date: 08-20-15<br>Invoice No:   571011215<br>File No:      560247<br>Policy Issue: |

Prop Addr: Tr. 2C COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due----------  200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:   08-20-15
Invoice No:     571011215
File No:        560247
Balance Due:    200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

|  |  |
|---|---|
| Christy L. Brandon - 629285 | Cust Ref: |
| PO Box 1544 | Seller: |
| Bigfork, MT 59911 | Buyer: Bibliologic, LTD |
| Attention: | Invoice Date: 08-20-15 |
|  | Invoice No: 571011216 |
|  | File No: 560250 |
|  | Policy Issue: |

Prop Addr: Tr. 2D COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due----------     200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date: 08-20-15
Invoice No: 571011216
File No: 560250
Balance Due: 200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

|  |  |
|---|---|
| | Cust Ref: |
| | Seller: |
| Christy L. Brandon - 629285 | Buyer:        Sann, LLC |
| PO Box 1544 | Invoice Date: 08-20-15 |
| Bigfork, MT 59911 | Invoice No:   571011211 |
| Attention: | File No:       560218 |
| | Policy Issue: |

Prop Addr: Lot 2 Big Waters Ranch, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| | Total charges | 200.00 |

----------Balance due----------               200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

| Invoice Date: | 08-20-15 |
|---|---|
| Invoice No: | 571011211 |
| File No: | 560218 |
| Balance Due: | 200.00 |

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

|  |  |
|---|---|
| Christy L. Brandon - 629285 | Cust Ref: |
| PO Box 1544 | Seller: |
| Bigfork, MT 59911 | Buyer:        Sann, LLC |
| Attention: | Invoice Date: 08-20-15 |
|  | Invoice No:   571011212 |
|  | File No:      560233 |
|  | Policy Issue: |

Prop Addr: Lot 3 Big Waters Ranch, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due----------                 200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:   08-20-15
Invoice No:     571011212
File No:        560233
Balance Due:    200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____