

TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA 59701
(406) 494-2083

| TO: | | RE: | |
|---|---|---|---|
| | Christy L. Brandon<br>Bankruptcy Trustee<br>Brandon Law Firm, PLLC<br>P.O. Box 1544<br>Bigfork, MT 59911 | | Steven V. Sann 341 Meeting<br>Case No. 14-61370-7 |

NEVER A MILEAGE CHARGE

| Date | Description | Amount |
|---|---|---|
| 07/26/15 | 01/01/15 341 Meeting, 333 pp., e-tran, shipping | $1508.50 |
| | | |
| | Thanks again! | |



TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA  59701
(406) 494-2083

| TO: | | RE: | |
|---|---|---|---|
| | Christy L. Brandon<br>Bankruptcy Trustee<br>Brandon Law Firm, PLLC<br>P.O. Box 1544<br>Bigfork, MT  59911 | | Steven V. Sann 341 Meeting<br>Case No. 14-61370-7 |

NEVER A MILEAGE CHARGE

| Date | Description | Amount |
|---|---|---|
| 09/07/15 | 08/11/15 341 Meeting, 144 pp., exp., e-tran, shipping | $790.00 |
| | | |
| | Thanks again! | |