**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221   208-785-5511   208-785-5034

Christy L. Brandon - 629285
PO Box 1544
Bigfork, MT 59911
Attention:

Cust Ref:
Seller:
Buyer:          Steven Sann
Invoice Date: 08-20-15
Invoice No:    571011213
File No:       560240
Policy Issue:

Prop Addr: Tract 2A COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due----------                     200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:   08-20-15
Invoice No:     571011213
File No:        560240
Balance Due:    200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

# First American Title Company

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

Christy L. Brandon - 629285
PO Box 1544
Bigfork, MT 59911
Attention:

Cust Ref:
Seller:
Buyer:        Rachel Pheffer
Invoice Date: 08-20-15
Invoice No:   571011214
File No:      560245
Policy Issue:

Prop Addr: Tract 2B COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due---------- 200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:  08-20-15
Invoice No:    571011214
File No:       560245
Balance Due:   200.00

First American Title Company

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

|  |  |
|---|---|
| Christy L. Brandon - 629285 | Cust Ref: |
| PO Box 1544 | Seller: |
| Bigfork, MT 59911 | Buyer:         Terry Sann |
| Attention: | Invoice Date: 08-20-15 |
|  | Invoice No:    571011215 |
|  | File No:       560247 |
|  | Policy Issue: |

Prop Addr: Tr. 2C COS 6245, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due---------- 200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:   08-20-15
Invoice No:     571011215
File No:        560247
Balance Due:    200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

```
                                       Cust Ref:
                                       Seller:
                                       Buyer:         Bibliologic, LTD
Christy L. Brandon - 629285            Invoice Date: 08-20-15
PO Box 1544                            Invoice No:    571011216
Bigfork, MT 59911                      File No:       560250
Attention:                             Policy Issue:


Prop Addr: Tr. 2D COS 6245, Seeley Lake, MT 59868
```

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due---------- 200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date: 08-20-15
Invoice No: 571011216
File No: 560250
Balance Due: 200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

# First American Title Company

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

|  |  |
|---|---|
| Christy L. Brandon - 629285 | Cust Ref: |
| PO Box 1544 | Seller: |
| Bigfork, MT 59911 | Buyer: Sann, LLC |
| Attention: | Invoice Date: 08-20-15 |
|  | Invoice No: 571011211 |
|  | File No: 560218 |
|  | Policy Issue: |

Prop Addr: Lot 2 Big Waters Ranch, Seeley Lake, MT 59868

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
|  | Total charges | 200.00 |

----------Balance due----------  200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

| Invoice Date: | 08-20-15 |
|---|---|
| Invoice No: | 571011211 |
| File No: | 560218 |
| Balance Due: | 200.00 |

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____

**First American Title Company**

P O BOX 580, BLACKFOOT, ID 83221  208-785-5511  208-785-5034

```
                                        Cust Ref:
                                        Seller:
    Christy L. Brandon - 629285         Buyer:         Sann, LLC
    PO Box 1544                         Invoice Date: 08-20-15
    Bigfork, MT 59911                   Invoice No:    571011212
    Attention:                          File No:       560233
                                        Policy Issue:


    Prop Addr: Lot 3 Big Waters Ranch, Seeley Lake, MT 59868
```

## INVOICE

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08-20-15 | Guarantee-Judgment and Tax Lien Guarantee | 50.00 |
| 08-20-15 | Guarantee-Lot Book Guarantee | 150.00 |
|  | Total charges | 200.00 |

----------Balance due----------     200.00

To assure proper credit please detach this portion and return with remittance



629285 - Christy L. Brandon

Invoice Date:  08-20-15
Invoice No:    571011212
File No:       560233
Balance Due:   200.00

*First American Title Company*

P O BOX 580
BLACKFOOT, ID 83221

Total Enclosed $ _____