```
GULL BOATS & RV
2601 W BROADWAY
MISSOULA, MT
US
59808
406-549-6169
```

************************************************************************
                                AR STATEMENT
************************************************************************

```
TO: CHRISTY BRANDON TRUSTEE ESTATE OF STEVEN V SANN        04 NOV 2015
    PO BOX 1544
    BIG FORK, MT. 59911
                                                         CUST #    PAGE
                                                         27977        1
```

| Date      | Inv no. | Description | Debit  | Credit | Balance |
|-----------|---------|-------------|--------|--------|---------|
| 04 NOV 15 | 304402  | WO #47245   | 219.00 | 0.00   | 219.00  |
| 04 NOV 15 | 304411  | WO #47244   | 140.00 | 0.00   | 140.00  |
| 04 NOV 15 | 304415  | WO #47249   | 128.85 | 0.00   | 128.85  |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | TOTAL  |
|---------|--------------|--------------|--------------|--------|
| 487.85  | 0.00         | 0.00         | 0.00         | 487.85 |

Payment is due by the 10th of the month.  Thank You!

```
                          GULL BOATS & RV
                          2601 W BROADWAY
                           MISSOULA MT
                                US
                               59808
                           406-549-6169


                   CUSTOMER WORK ORDER # 47245

      Customer Name: 27977 - ESTATE OF STEV    Unit Dsgn:
            Address: PO BOX 1544               Stock Desc:  2004 SEADOO RXP SUPER
                   : BIG FORK, MT.                 Brand: SEADOO
       Phone#(res) :                                Model: RXP SUPER CHARGED
       Phone#(bus) :                              Serial#: ZZN43142C404
            Date In: 29 OCT 15                   Chassis#:
             Author: SW                             Hull#:
      Warranty Date:                              Engine:
          Miles/Hrs:                        Engine Model: n
      Promised Date:                             Engine#:
      Promised Time:                             Trailer:
                   :                            Trailer#:
     Completed Date: 04 NOV 15              Purchased Date:
                   :                              ExtW Co:
```

```
***********************************************************************
Job #    Description         JOB INFORMATION
***********************************************************************
W4TE     WINTERIZE 4 TEC
         ADD FUEL STABALIZER
         CHANGE ENGINE OIL & FILTER
         DRAIN & FILL ENGINE W/BIODEGRADABLE ANTIFREEZE


***********************************************************************
Part No    Job# Description      PARTS        Qty      Price      Total
***********************************************************************
420956741  4TEC OIL FILTER 16                 1.00     13.99      13.99
293600122  4TEC HUILE SEMI*OIL 4T             1.00     39.99      39.99

***********************************************************************
Job#                           LABOUR                  Hrs        Total
***********************************************************************
W4TEC       #10 WINTERIZE SEADOO               1.70             119.00


***********************************************************************
Excode   Job#  Description     EXTRAS         Qty      Price      Total
***********************************************************************
SS       4TEC  SHOP SUPPLIES                  1.00     46.02      46.02


***********************************************************************
                       CUSTOMER COMMENTS
***********************************************************************
   COMPLETED WINTERIZE
```

Continued on page 2

PAGE 2

Work Order : 47245

|  |  |
|---|---:|
| Parts Total: | 53.98 |
| Labour Total: | 119.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 46.02 |
| Work Order Total: | 219.00 |

Customer Signature:_____     Date: 04 NOV 2015

```
                         GULL BOATS & RV
                         2601 W BROADWAY
                          MISSOULA MT
                              US
                             59808
                         406-549-6169

                   CUSTOMER WORK ORDER # 47244

   Customer Name: 27977 - ESTATE OF STEV      Unit Dsgn:
         Address: PO BOX 1544                 Stock Desc:  2004 SEADOO XP DI
                : BIG FORK, MT.                   Brand: SEADOO
    Phone#(res):                                  Model: XP DI
    Phone#(bus):                               Serial#: ZZN50451L304
        Date In: 29 OCT 15                    Chassis#:
         Author: SW                              Hull#:
  Warranty Date:                                Engine:
      Miles/Hrs:                         Engine Model:  n
  Promised Date:                              Engine#:
  Promised Time:                              Trailer:
               :                             Trailer#:
 Completed Date: 04 NOV 15               Purchased Date:
               :                             ExtW Co:

****************************************************************************
Job #    Description         JOB INFORMATION
****************************************************************************
WWS      #7; WINTERIZE SEA-DOO
         ADD FUEL STABILIZER
         FOG THE ENGINE
         ANTIFREEZE ENGINE AND PIPE
         CHANGE BEARING CONE LUBE
         WINTERIZE TAG
         ?


****************************************************************************
Job#                         LABOUR              Hrs            Total
****************************************************************************
WWS        #7 WINTERIZE SEADOO                   1.40            98.00

****************************************************************************
Excode   Job#  Description    EXTRAS        Qty       Price      Total
****************************************************************************
SS       WWS   SHOP SUPPLIES                1.00      42.00      42.00

                                         Parts Total:            0.00
                                        Labour Total:           98.00
                                        Sublet Total:            0.00
                                        Extras Total:           42.00
                                   Work Order Total:           140.00




Customer Signature:_____        Date: 04 NOV 2015
```

```
                             GULL BOATS & RV
                             2601 W BROADWAY
                              MISSOULA MT
                                   US
                                 59808
                             406-549-6169

                     CUSTOMER WORK ORDER # 47249

       Customer Name: 27977 - ESTATE OF STEV    Unit Dsgn:
             Address: PO BOX 1544                Stock Desc:  2006 BENNINGTON PONTO
                    : BIG FORK, MT.                  Brand: BENNINGTON
         Phone#(res):                                Model: PONTOON
         Phone#(bus):                              Serial#: ETW45383E606
             Date In: 29 OCT 15                   Chassis#:
              Author: TH                             Hull#:
       Warranty Date:                               Engine:
           Miles/Hrs:                         Engine Model: n
        Promised Date:                             Engine#:
        Promised Time:                             Trailer:
                    :                             Trailer#:
      Completed Date: 04 NOV 15              Purchased Date:
                    :                              ExtW Co:
```

```
***************************************************************************
Job #    Description          JOB INFORMATION
***************************************************************************
W4S      #12 WINTERIZE 4-STROKE 25 HP TO 70 HP
         ADD FUEL STABILIZER
         FOG ENGINE
         CHANGE GEAR LUBE
         CHANGE ENGINE OIL AND FILTER
         WINTERIZE TAG

1        PLEASE COVER BOAT, COVER IS IN
         COMPARTMENT


***************************************************************************
Part No     Job#  Description      PARTS         Qty      Price      Total
***************************************************************************
8M0078625   W4S   4STK 10W/30 QT                 3.00      7.49      22.47
8M0065104   W4S   FILTER OIL MMP                 1.00      8.95       8.95

***************************************************************************
Job#                             LABOUR                    Hrs        Total
***************************************************************************
W4S         #12 WINTERIZE, 4-STROKE 25 TO 70 HP  1.00                 70.00

***************************************************************************
Excode      Job#  Description     EXTRAS         Qty      Price      Total
***************************************************************************
SS          W4S   SHOP SUPPLIES                  1.00     27.43      27.43
```

Continued on page 2

PAGE 2

Work Order : 47249

```
****************************************************************
                       CUSTOMER COMMENTS
****************************************************************
   COMPLETED WINTERIZE.  THERE WAS NO KEY IN BOAT
                                              Parts Total:      31.42
                                             Labour Total:      70.00
                                             Sublet Total:       0.00
                                             Extras Total:      27.43
                                         Work Order Total:     128.85
```

Customer Signature:_____          Date: 04 NOV 2015