To: Christy Brandon
    Chapter 7 trustee
    P.O. Box 1544
    Big Fork, Mt. 59911

From : Missoula Gold & Silver Exchange
    2020 Brooks St.
    Missoula, Mt. 59801
    Phone #406-728-5786

Date 04-07-2016

Re: SANN case #14-61370-7

Accounting of hours for Eric Stroh

| | |
|---|---|
| Preparation and notarizing of paper work | 1 hour |
| Travel time to and from our business to the location of the inventory | 30 minutes |
| Performing the inventory | 3 hrs. 45 minutes |
| Writing Inventory report | 2 hrs. 45 minutes |
| Total time | 7 hrs. |

Accounting of hours for Dave Hakes

| | |
|---|---|
| Preparation and notarizing of paper work | 1 hour |
| Travel time to and from our business to the location of the inventory | 30 minutes |
| Appraisal and report | 1 hour |
| Total time | 2 hrs. 30 minutes |