To: Christy Brandon
Chapter 7 trustee
P.O. Box 1544
Big Fork, Mt. 59911

From : Missoula Gold & Silver Exchange
2020 Brooks St.
Missoula, Mt. 59801
Phone #406-728-5786

Date 08-10-2016

Re: SANN case #14-61370-7

Accounting of hours for Eric Stroh :
On this date at approximately 10:05 am, I met with Trent Gardner and representatives of Grizzly security at the storage facility located at 2505 West Railroad St. Missoula, Mt. I witnessed the opening of Unit #401 that contained the safe. Upon opening the safe Trent and I compared it with the picture he took before closing the safe on April 5th 2016. The contents in the safe and the picture were the same. We then brought 1 box at a time down stairs and checked the contents against the inventory prepared by myself. All boxes and PVC pipes contained the same amount as described in the inventory. This was confirming by Trent and myself. As each item was inventoried and labeled by Trent it was handed to the officer from Grizzly Security who then secured it in his armored truck. The inventory and transfer ended at approximately 11:30 am.
End of report.

Inventory time -----------------1 ½ hrs.
Travel time to and from ------ ½ hr.
Total time 2 hrs at $80.00 per hour = $160.00


Eric Stroh-- Manager
Missoula Gold & Silver Exchange Inc.