**Charles Fisher Court Reporting, Inc.**
442 East Mendenhall
Bozeman, MT 59715
406-587-9016

# Invoice

| Date | Invoice # |
|---|---|
| 5/23/2016 | EN16-2 |

**Bill To**

Ms. Christy Brandon
Brandon Law Firm
P.O. Box 1544
Bigfork, MT 59911

Court: MT Bankruptcy
Cause No. 14-61370-7
In Re Steven Vincent Sann

| Terms | Due Date |
|---|---|
| Net 30 | 6/22/2016 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition - 1 Copy | 5/11/2016 | Robert M. Braach | 1,184.05 |

Thank you for your business.

Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$1,184.05** |