Christy L. Brandon (#4833)
BRANDON LAW FIRM, PLLC
P.O. Box 1544
Bigfork, MT 59911
Telephone: (406) 837-5445
Facsimile: (406) 837-5420
Email: christy@brandonlawfirm.com

Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| STEVEN V. SANN, | ) Case No. 14-61370-7 |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF INTENT TO SELL PROPERTY AT PRIVATE SALE**

COMES NOW the Trustee in the above-captioned matter pursuant to F.R.B.P. 6004 and Mont. LBR 6004-1 and states as follows:

1. Christy L. Brandon is the duly qualified and acting Trustee in this case.

2. The Trustee received an offer of $5,000.00 from Robert M. Braach and Dawn R. Braach, as joint tenants with right of survivorship, to purchase the Estate's 1/8 undivided interest in the following real property, "AS IS" and "WHERE IS", without warranties of any kind:

> The Tenderfoot Placer Patented Lode Mining Claim designated as Mineral Survey #8892, embracing a portion of Section 3, Township 6 North, Range 16 West, P.M.M., Granite County, Montana; all according to patent recorded in Book 2 of Patents, page 610, State of Montana, County of Granite, on record at the Office of the Granite County Clerk and Recorder.
>
> TOGETHER WITH a limited access easement for ingress and egress as described in Limited Access Easement Agreement recorded October 21, 2009, Document No. 58603, Roll – 65, Page – 402, land records of Granite County, Montana.

(the "Upper Tenderfoot Parcel"). The Upper Tenderfoot Parcel consists of approximately 25.604 acres of forest land off Upper Rock Creek Road, about 20 miles from Philipsburg. The parcel is long and skinny, with possibly one building site, making partitioning a challenge. The co-owners are Mr. and Mrs. Braach, Loren Rose and Pamela Rose. The co-owners do not wish to sell the Upper Tenderfoot Parcel at this time. The Debtor obtained the Estate's 1/8 undivided interest in the Upper Tenderfoot Parcel under a Quitclaim Deed recorded July 22, 2010, Document No. 59866, Roll – 66, Page – 713, from Mr. and Mrs. Braach. The property has not been appraised, but based on conversations the Trustee has had with realtor Kay Collins of Pintlar Territories Real Estate, Philipsburg, Montana, it appears likely that the Upper Tenderfoot Parcel would sell between $100,000 to $125,000. The Trustee believes that Mr. and Mrs. Braach's offer of $5,000 for the Estate's 1/8 undivided interest in the Upper Tenderfoot Parcel is fair and equitable in light of the difficulties, administrative expenses (attorney's and realtor's fees and costs) and delay that the Estate would encounter with a Section 363(h) sale of the jointly owned property.

3. The Estate's interest in the property is subject to no known claims, liens or interests other than real property taxes, for which any unpaid and owing assessments attributable to the Estate's interest will be paid in full at the time of closing by the purchasers.

4. After receiving the sale proceeds, the Estate shall have no further interest in the Upper Tenderfoot Parcel.

NOTICE IS GIVEN that the Trustee will sell the Estate's interest in the Upper Tenderfoot Parcel upon the above terms and without further notice unless within 14 days of the mailing date below, the Trustee receives a bid exceeding the net to the Estate by at least $1,000 and upon the same or more favorable terms to the Estate, or an interested party files a written objection to the sale, and sets forth the specific grounds for objection, with the Clerk of Court, U.S. Bankruptcy Court, District of Montana, Mike Mansfield Federal Building, 400 N. Main, Room 303, Butte, Montana 59701, AND mails a copy thereof to the Trustee, Christy Brandon, at P.O. Box 1544, Bigfork, Montana 59911.

If no request for hearing is filed but the Trustee receives any upset bids as required above within 14 days of the mailing date of this notice, the Trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting where the Trustee will conduct an auction and sell the property to the highest bidder without further notice.

WHEREFORE, the Trustee prays that the Court make its Order authorizing the Trustee to sell the subject property pursuant to the terms set forth above.

DATED this 29th day of March, 2018.

        BRANDON LAW FIRM, PLLC

        By: /s/ Christy L. Brandon
            Christy L. Brandon
            Chapter 7 Trustee

## NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the motion. The responding party shall schedule the hearing on the motion at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

        **NOTICE OF HEARING**
        **Date: _____**
        **Time: _____**
        **Location: _____**

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this **29th** day of March, 2018.

        **BRANDON LAW FIRM, PLLC**

        **By:  /s/ Christy L. Brandon**
              **Christy L. Brandon**
              **Chapter 7 Trustee**

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that on this 29th day of March, 2018, a copy of the foregoing Notice was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/entities who are not ECF registered users:

STEVEN V. SANN
PMB 210, 2120 S. RESERVE
MISSOULA, MT  59801

STEVE AND TERRY SANN
4661 TORREY LANE
STEVENSVILLE, MT  59870

181 FREMONT, LLC
PO BOX 1029
MENLO PARK, CA 94026-1029

ALLERGAN
12975 COLLECTIONS DR
CHICAGO, IL 60693-0129

ALTUS GLOBAL TRADE SOL
2400 VET MEM BLVD., #300
KENNER, LA 70062-8725

AMERICAN EXPRESS BANK
C/O BECKET AND LEE LLP
POB 3001
MALVERN  PA 19355-0701

BANK OF AMERICA
CORR UNIT/CA6-919-02-41
PO BOX 5170
SIMI VALLEY, CA 93062-5170

BANK OF AMERICA
P.O. BOX 961291
FORT WORTH, TX 76161

BARCLAYS BANK DEL
ATTN: BANKRUPTCY
P.O. BOX 8801
WILMINGTON, DE 19899-8801

BILLING SERVICES GROUP
7411 JOHN SMITH DR #1500
SAN ANTONIO, TX 78229

BOYLE, DEVENY & MEYER
305 SOUTH 4TH EAST #200
MISSOULA, MT 59801-2701

CHASE
PO BOX 15298
WILMINGTON, DE 19850-5298

CLARK COUNTY ASSESSOR
BOX 551401
LAS VEGAS, NV 89155-1401

CLARK COUNTY TREAS
C/O BANKRUPTCY CLERK
PO BOX 551220
LAS VEGAS, NV 89155-1220

CLASH MEDIA, INC.
100 PARK AVENUE #16
NEW YORK, NY 10017-5538

COEUR D ALENE PRESS
P.O. BOX 7000
COEUR D ALENE, ID 83816

CORY R. LAIRD, ESQ.
REEP BELL LAIRD SIMPSON
P.O. BOX 16960
MISSOULA, MT 59808-6960

CT CORPORATION SYSTEM
AMERICAN EXPRESS
3011 AMERICAN WAY
MISSOULA MT 59808-1921

DEPT OF EMPLOYMENT
EMPL SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DEREK HART
U.S. PROBATION
U.S. D.CT. MISSOULA
201 E. BROADWAY
MISSOULA, MT 59802-4506

DILLARDS
GE CAPITAL RETAIL BANK
P.O. BOX 965022
ORLANDO, FL 32896-5022

FNMA
ROSICKI ROSICKI & ASSOC
51 EAST BETHPAGE ROAD
PLAINVIEW, NY 11803-4224

FTC
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW
MAIL DROP NJ-2122
WASHINGTON DC 20580

FORD MOTOR CREDIT CO
PO BOX 62180
COLORADO SPR, CO  80962

HENRY SCHEIN
135 DURYEAR ROAD
MELVILLE, NY 11747-3834

IRS
P.O. BOX 7346
PHILADELPHIA, PA 19101

MCDONALD CARANO WILSO
2300 W SAHARA AVE, #1200
LAS VEGAS, NV 89102-4395

MCKESSON SPECIALTY
P.O. BOX 841838
DALLAS, TX 75284-1838

MERZ AESTHETICS
DEPT. 2073
DENVER, CO 80291-0001

MT DEPARTMENT OF LABOR
WORKERS COMP COURT
P.O. BOX 537
HELENA, MT 59624-0537

MDOR
BANKRUPTCY UNIT
P.O.BOX 7701
HELENA, MT 59604-7701

MT DEPT. OF REVENUE
ATTN: NICK MORTON
P.O. BOX 7149
HELENA, MT 59604-7149

MONTY BULLERDICK
2115 S. 12TH W.
MISSOULA, MT 59801-4813

NEVADA DEPT OF TAXATION
BK SECTION
555 E. WASH AVE. #1300
LAS VEGAS, NV 89101-1046

NISSAN MOTOR ACCEPT
PO BOX 660360
DALLAS, TX 75266-0360

PETER LACNY, ESQ.
DATSOPOULOS MACDONA
201 W. MAIN STREET, #201
MISSOULA, MT 59802-4326

SEARS/CBNA
PO BOX 6283
SIOUX FALLS, SD 57117-6283

SETERUS
P.O. BOX 2008
GRAND RAPIDS, MI 49501

NV DMV ATTN: LEGAL DIV
555 WRIGHT WAY
CARSON CITY, NV 89711

STERLING SAVINGS BANK
111 N WALL
SPOKANE, WA 99201-0609

SYNCHRONY BANK
C/O RMSC
25 SE 2ND AVE SUITE 1120
MIAMI FL 33131-1605

TIMOTHY J. RACICOT, ESQ.
ASSISTANT U.S. ATTORNEY
U.S. DEPT OF JUSTICE
P.O. BOX 8329
MISSOULA, MT 59807-8329

TITLE FINANCIAL SPECIALTY
P.O. BOX 339
BLACKFOOT, ID 83221-0339

U.S. BANK HOME MTG
A DIVISION OF U.S. BANK
4801 FREDERICA STREET
OWENSBORO, KY 42301

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US SECURITIES & EXC COM
BANKRUPTCY COUNSEL
444 S FLOWER ST STE 900
LOS ANGELES CA 90071

WELLS FARGO BANK, N.A.
MAC: X2505-036
PO BOX 10438
DES MOINES, IA 50306-0438

WORDEN THANE, P.C.
PATT  DOUGHERTY,  MATT
CUFFE, COLLEN DOWDALL
P.O. BOX 4747
MISSOULA, MT 59806-4747

   /s/ Christy L. Brandon
   Christy L. Brandon